OAO91 (Rev 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

United States Magistrate Court
Southern District of Texas
FILED
MAY 3 1 2005
AAF
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.

Juan David ORTIZ
San Antonio, Texas

See Attachment A
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: L-05-1418 mj-01

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 29, 2005** In **Webb** County, in the **Southern** District of **Texas** Defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly, willfully and unlawfully import from a place outside the United States, to wit; the Republic of Mexico to a place in the United States, to wit; Laredo, Texas, a controlled substance listed under Schedule I, Title II, of the Controlled Substance Act, to wit; approximately 44 kilograms, gross weight, of marijuana. Furthermore, the defendant(s) did knowingly and unlawfully possessed with intent to distribute the above listed marijuana,

in violation of Title **21** United States Code, Section(s) **952; 841(a)(1)**.

I further state that I am a(n) **Special Agent, U.S. Immigration and Customs Enforcement** (Official Title) and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part of this complaint: X Yes ☐ No

_____
Signature of Complainant

Mauro Lopez
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 31, 2005                                    at    Laredo, Texas
Date                                                   City and State

Adriana Arce-Flores, U. S. Magistrate Judge        _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

## Attachment "A"

I, Mauro Lopez, a Special Agent of the United States Immigration and Customs Enforcement, have knowledge of the following facts:

1. On May 29, 2005, Juan David ORTIZ entered the United States driving a 1994 Chevrolet Pick-up truck bearing Texas license plates 01XKP2.

2. A U.S. Customs and Border Protection Officer referred the vehicle for a secondary inspection.

3. A total of 43 packages containing a green leafy substance were discovered inside the gas tank of the vehicle. The green leafy substance field-tested positive for the properties of marijuana. The total gross weight was approximately forty-four (44) kilograms.

4. ORTIZ was advised of the Miranda Warnings and agreed to answer questions.

5. ORTIZ stated that he had knowledge of the marijuana and was to receive $2,000 upon delivery of the vehicle.